# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR0964-CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE; ORDER TO EXONERATE THE BOND** |
| v. | |
| JUAN MANUEL FLORES-FRANCO, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice and the bond in this case be exonerated.

IT IS SO ORDERED.

DATED: April 1, 2020.

HONORABLE CATHY ANN BENCIVENGO
United States District Judge